**EXHIBIT A**

Case 2:13-cv-02982-LDW-ARL Document 12-1 Filed 06/04/13 Page 1 of 8 PageID #: 106

FILED
1/13/11 @ 1:33pm
MICHAEL K. JEANES, Clerk
By L. Nixon, Deputy

Richard B. North, Jr. (admitted *pro hac vice*)
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW, Suite 1700
Atlanta, GA 30363

James R. Condo (#005867)
Bradley W. Petersen (#019943)
docket@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| KATRINA NEWTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC., *et al.*,<br><br>Defendants. | No. CV2009-019232<br><br>**CONSENT ORDER REGARDING THE PRODUCTION OF ELECTRONICALLY-STORED INFORMATION**<br><br>Assigned to the Hon. Edward Burke |

The parties in this action have previously had a discovery dispute as to the scope of the electronically-stored information that should be produced by the defendants, C. R. Bard, Inc. ("Bard") and Bard Peripheral Vascular, Inc. ("BPV"). Following the filing of a motion to compel by the plaintiffs, this court instructed the defendants to provide the plaintiffs with an index of the electronic files that were captured during the initial sweep of electronic data conducted by Bard and BPV in late 2004 and early 2005.

Following the receipt of that index, the plaintiffs identified those files on that index they wanted searched, and the parties agreed upon a list of search terms to be

12407111

applied to the files. Bard and BPV have now completed the production of those documents within the parameters agreed upon by the parties.

The parties have now discussed the scope of a supplemental production of electronically-stored information, generated by the defendants after 2004. With the consent of the parties, **IT IS HEREBY ORDERED AS FOLLOWS:**

(1) Bard and BPV will search the electronically-stored information obtained from the custodians listed in Exhibit "A" of this Order;

(2) Bard and BPV will search those files utilizing the search terms listed in Exhibit "B" of this Order;

(3) Bard and BPV will produce to the plaintiffs all relevant, non-privileged materials captured by that search within a reasonable time; and

(4) Bard and BPV will thereafter provide the plaintiffs a log of all materials captured by that search that are withheld from disclosure on a claim of privilege.

The court having reviewed the Exhibits attached to the proposed Order and determined that the parameters and scope of the search agreed upon by the parties are reasonable and fairly balances the interests of the parties and justice,

**IT IS SO ORDERED.**

This 7 day of January, 2011.

The Honorable Edward Burke

12407111

- 2 -

CONSENTED TO BY:

Dated: January 5, 2011

SNELL & WILMER L.L.P.

By: /s/ Bradley W. Petersen
    James R. Condo (#005867)
    Bradley W. Petersen (#019943)
    One Arizona Center
    Phoenix, AZ 85004

and

Richard B. North, Esq. (*Pro Hac Vice*)
Matthew B. Lerner, Esq. (*Pro Hac Vice*)
Taylor T. Daly, Esq. (*Pro Hac Vice*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
**ATTORNEYS FOR DEFENDANTS**

Dated: January 5, 2011

SCHMITT, SCHNECK, SMYTH &
HERROD, P.C.

By: /s/ Timothy J. Casey (w/permission)
    Timothy J. Casey, Esq.
    1221 East Osborn Road, Suite 105
    Phoenix, AZ 85014

and

Jack D. Davis, Esq.
DAVIS LAW OFFICES, LC
319 East Madison Street
Springfield, IL 62701

R. Dean Hartley, Esq.
J. Michael Prascik, Esq.
HARTLEY & O'BRIEN, PLLC
2001 Main Street, Suite 600
Wheeling, WV 26003
**ATTORNEYS FOR PLAINTIFFS**

12407111

# EXHIBIT A

## POTENTIAL CUSTODIANS FOR SECOND FILTER SWEEP

1. Rob Carr (R&D)
2. Andre' Chandusko (R&D)
3. Mike Randall (R&D)
4. Mickey Graves (R&D)
5. Stephanie Klocke (R&D)
6. Tracy Estrada (R&D)
7. Heather Harbison (R&D)
8. Bret Baird (Mktg)
9. Gin Schulz (Q)
10. Cindi Walcott (Q)
11. Natalie Wong (Q)
12. Brian Hutson (Q)
13. John Conaway (Q)
14. Scott Neal (Q)
15. Dannis Saltzman (Reg.)
16. Ed Fitzpatrick (Manu.)
17. Dr. David Ciavarella (Corporate)
18. Janet Hudnall (former employee/Mktg.)
19. Shari Allen (former employee/Regulatory)
20. John McDermott (former employee/Mgmt.)
21. Charlie Simpson (former employee/R&D)
22. Jason Greer (former employee/Sales)
23. Chris Ganser (Corporate)
24. Dr. James Adwers

# EXHIBIT B

## Filter Litigation Keywords

1. Filter*
2. Recovery
3. "Simon Nitinol"
4. G1A
5. G1*
6. G-1*
7. G2
8. G2X
9. G2 Express
10. Eclipse
11. RF
12. RNF
13. SNF
14. "vena cava"
15. IVC
16. Fracture*
17. Migrat*
18. Tilt*
19. Perforat*
20. Detach* AND (limb or strut)
21. Electropolish*
22. Electro-polish*
23. EVEREST
24. "Deep venous thrombosis"
25. DVT
26. Embol*
27. Nitinol