UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JESSICA DESERIO-MINTZ and ROBERT MINTZ,

         Plaintiffs,       **ORDER**
                       CV 14-4942 (LDW)(ARL)

   -against-

C. R. BARD, INC., a foreign corporation,
BARD PERIPHERAL VASCULAR, INC., a
foreign corporation, and DOES 1 through
100, inclusive,

         Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

  On November 11, 2014, the parties submitted a report of their Rule 26(f) planning meeting, which attached a proposed Consent Protective Order. The court will not so order that document. The paragraphs that concern documents to be filed under seal must be amended. The parties have established two methods for filing confidential documents with the court depending on the intent of the party. The second method, entitled "Where a Party Files Documents Claimed as Confidential by Another Party," requires the moving party to deliver such documents in sealed envelopes and file redacted versions with the court. Any party filing a document to be considered by the court under seal must make a motion for leave to e-file sealed documents and follow the directions for doing so available on the Eastern District of New York homepage.


Dated: Central Islip, New York     SO ORDERED:
    November 12, 2014

                    _____/s/_____
                    ARLENE ROSARIO LINDSAY
                    United States Magistrate Judge